ACCEPTED
03-15-00174-CV
6157649
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/21/2015 1:49:50 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00174-CV

LEVI MORIN

v.

LAW OFFICE OF KLEINHANS GRUBER, PLLC

Third Court of Appeals

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/21/2015 1:49:50 PM
JEFFREY D. KYLE
Clerk

### Erratum to Brief of Appellant Levi Morin

On page 24 of Morin's opening brief, the second paragraph opens with, "The affidavit …." That sentence should read:

> The subpoena was false on its face and ineffective to demand compliance.

Respectfully submitted,

THE OLSON FIRM PLLC

/s/ Leif A. Olson
Leif A. Olson
  leif@olsonappeals.com
  State Bar No. 24032801
PMB 188
4830 Wilson Road, Suite 300
Humble, Texas 77396
(281) 849-8382
**Counsel for Appellant Levi Morin**

## Certificate of Service

On July 21, 2015, I served a copy of this *Erratum to Brief of Appellant Levi Morin* by electronic filing upon:

Law Office of Kleinhans Gruber, PLLC
Kimberly G. Kleinhans
[kim@lawofficeofkg.com](mailto:kim@lawofficeofkg.com)
700 Lavaca, Suite 1400
Austin, Texas 78701
**Counsel for appellee**

/s/ Leif A. Olson